IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TERANCE LASHAWN GRIMMETTE,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:05-CR-118-1-TWT |

ORDER AND OPINION

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 43] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 33]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 33] is DENIED.

SO ORDERED, this 3rd day of October, 2005.

s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T/Orders/USA/05/05cr118/r&r